# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | | |
|---|---|---|
| JOHN TYSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CV408-079 |
| | ) | |
| STATE OF GEORGIA, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## REPORT AND RECOMMENDATION

Petitioner filed the instant 28 U.S.C. § 2254 petition on April 21, 2008, challenging his February 2, 2008 Chatham County Superior Court conviction for child molestation and statutory rape. (Doc. 1.) Petitioner seeks to proceed in forma pauperis. (Doc. 2.) Because petitioner has demonstrated that he is unable to pay the filing fee, leave to proceed IFP is **GRANTED**. Nevertheless, because it appears from the face of his petition that petitioner has failed to exhaust available state remedies, the petition should be summarily **DISMISSED** without prejudice.

Under 28 U.S.C. § 2254(b)(1)(A), "[a]n application for a writ of habeas corpus on behalf of a person in custody pursuant to the judgment of a State court shall not be granted unless it appears that the applicant has

exhausted the remedies available in the courts of the State." See O'Sullivan v. Boerckel, 526 U.S. 838, 839 (1999) ("Federal habeas relief is available to state prisoners only after they have exhausted their claims in state court."). A state prisoner is required to allow the state court an opportunity to correct a constitutional error "by invoking one complete round of the State's established appellate review process" before a federal court may consider the case. Id. at 845.

Here, petitioner concedes that he has an appeal pending in state court and that he has not yet petitioned the state for a writ of habeas corpus. (Doc. 1 at 2.) By his own admission, petitioner has not yet given the state the opportunity to meaningfully analyze his claims. As it "plainly appears from the petition . . . that the petitioner is not entitled to relief," the Court "must dismiss the petition and direct the clerk to notify the petitioner." Rule 4, Rules Governing Section 2254 Cases. Accordingly, this petition should be **DISMISSED** for lack of exhaustion.

**SO REPORTED AND RECOMMENDED** this _14th_ day of May, 2008.

<span style="text-align:right;display:block">_/s/ G.R. Smith_<br>UNITED STATES MAGISTRATE JUDGE<br>SOUTHERN DISTRICT OF GEORGIA</span>