# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office
10:00 P. M
June 25 2008
Deputy Clerk

JOHN TYSON,

    Petitioner,

v.

STATE OF GEORGIA, et al.,

    Respondents.

Case No. CV408-079

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 25th day of June, 2008.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA